In the Matter of Hattie G. Martin, Deceased. Miladin Dobric, Appellant; David J. Baron, Respondent.

Submitted December 6, 2010; decided February 10, 2011

Motion for reargument of motion for leave to appeal denied [*see* 15 NY3d 858 (2010)].